1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant WRIGHT
6

7
8                IN THE UNITED STATES DISTRICT COURT
9               FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,        )
                                    )   No. CR 03-0217 CRB (EDL)
12             Plaintiff,           )
                                    )
13        v.                        )   **STIPULATION AND [PROPOSED]**
                                    )   **ORDER TO CONTINUE HEARING**
14 RANDY WRIGHT,                    )
                                    )
15             Defendant.           )
                                    )

16
                                **STIPULATION**
17
   The parties agree to continue the detention hearing in the above-captioned matter from
18
   Thursday, August 28, 2008 until Tuesday, September 2, 2008 or any day thereafter that the court is
19
   available. The reason for the continuance is that defense counsel needs additional time to prepare for
20
   the hearing.
21
   It is so stipulated.
22
   DATED:    August 27, 2008              ____/s/_____
23                                        RONALD C. TYLER
                                          Assistant Federal Public Defender
24
   DATED:    August 27, 2008              ____/s/_____
25                                        KYLE F. WALDINGER
                                          Assistant United States Attorney
26

STIPULATION TO
CONTINUE HEARING
CR 03-0217 CRB (EDL)

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the detention hearing in the aforementioned matter currently set for Thursday, August 28, 2008, shall be continued to Tuesday, September 2, 2008.

**IT IS SO ORDERED**.

DATED: 8/27/08

_____
Judge Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO
CONTINUE HEARING
CR 03-0217 CRB (EDL)                  - 2 -